MICHAEL BUNDRA
#1721965
MICHAEL UNIT #13
HOSPICE CARE
2664 FM 2054
TENNESSEE COLONY TX
75886

81,109-01

ABEL ACOSTA, CLERK
COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITAL STATION
AUSTIN TX 78711

FEB 24, 2015

RE: ABEAL ACOSTA
CCA # WR-81-109-01
TRCT NO: 10-CR-3338-D

MOTION DENIED
DATE: 3-4-15
BY: PC

DEAR CLERK, ENCLOSED IS AN EMERGENCY MOTION BASED ON MY CURRENT HOUSING AND HEALTH. WHICH LIMITS ME DRAMATICALLY IN LAW LIBRARY ACCESS AND ANY HELP I MIGHT RECIEVE FROM A WRIT WRITER. AND TO PLEA WITH THE CCA TO MOVE FORWARD ON MY CASE SO THAT JUSTICE MIGHT PREVAIL. BEFORE MY DEATH. NURCE COUNTY JAIL AND COURT HOUSE HAS THE FACILITYS AND ABILITY TO TAKE MEDICAL CARE OF ME. AS I ONLY REQUIRE OXYGEN AND WHEELCHAIR. AND THE CORRECT COUNTY TO TRANSPORT ME BY AMBULANCE TO DISTRICOURT.

SINCERLY,

MICHAEL BUNDRA

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 27
Abel Acosta, Clerk

COURT OF CRIMINAL APPEALS
AUSTIN TEXAS

IN RE:
MICHAEL BUNORA
        RELATOR

        VS

HONORABLE JUDGE ANGELICA HERNANDEZ
105th JUDICIAL DISTRICT
NUECES COUNTY

COURT OF CRIMINAL APPEALS WR-81-109-01

TRCT NO: 10-CR-3338-D

EMERGENCY MOTION TO BE
BENCH WARRENTED TO 105th JUDICIAL COURT
FOR THE PURPOSE OF EVIDENTIARY HEARING

JUDICIAL STATEMENT

THE COURT HAS JURISDICTIONAL POWER UNDER ARTICLE V SEC 5
OF THE TEXAS CONSTITUTION TO ISSUE BENCH WARRENT FOR
EVIDENTIARY HEARING FOR DEPOSITIONS, INTERROGATORIES,
FINDING OF FACTS, CONCLUSIONS OF LAW, & RECOMMENDATION SEE
EXPARTIE RENYA 701 SW 2d 921 (TX CRIMINAL APPEAL 1986)

CASE SUMMARY TO COMPEL

① AS 105th JUDICIAL COURT HAS NOT RESPONDED TO ORDERS
OF THE COURT OF APPEALS DATED APRIL 16, 2014 AND FOLLOWED
BY REMINDER NOTICES DATED OCT 3 2014 AND 2ND DATED
DEC 10, 2014

② RELATOR HAS BEEN TRANSFERED TO MICHAEL UNIT
ON DEC 5, 2014 FOR PURPOSE OF HOSPISE CARE. RESULTING IN DEATH

③ DUE TO RELATOR CURRENT STATE OF HEALTH RELATOR
BELIEVES 105th JUDICIAL COURT IS AS IT HAS BEEN
STATED IN RELATORS 11.07, USING RELATORS CURRENT
POSITION AGAINST RELATOR, FINDING RELIEF FOR HABEAS CLAIM.
IEI HOSPICE CARE

4) RELATOR BELIEVES IF GIVEN EVIDENTIARY HEARING HE WILL BE ABLE TO SHOW THAT ATTORNEYS WHERE INEFFECTIVE RESULTING IN RELATORS GUILTY PLEA WHICH WAS NOT BASED ON VOLUNTARY OR INTELLIGENT CHOICE ON RELATORS PART DUE TO INEFFECTIVE ASSTINCE OF COUNCIL. RESULTING IN SEVERE MISCARRIAGE OF JUSTICE OCCURRED DURING THE PROCESS OF OBTAING A PLEA. DUE TO RELATOR HEALTH AND LACK OF MEDICAL CARE

## OVERVIEW

RELATOR ARGUES THAT AS STATED IN 11.07 [THE COURT (105th) ALLOWED RELATOR FUNDAMENTAL RIGHT TO COUNSEL TO BE FLAWED AND WHERE THE ENTIRE PROCEEDINGS AS A WHOLE WHERE FUNDAMENTALLY UNFAIR, PASSMORE US ESTELLE 607 F.2d 662 (5th CIRCUIT 1979) EXPARTE HOWARD 591 S.W. 2d 906 (TEX CRIM APP 1980)

## PRAYER

RELATOR PRAYS FOR EQUAL JUSTICE. THIS HONARABLE COURT TO COMPEL THE 105th TO COMPLY WITH ALL ORDERS OF THE COURT OF CRIMINAL APPEALS.

## CERTIFICATE OF SERVICE

ON THIS 2/24/15 A COPY OF THIS MOTION TO BE BENCH WARRENTED WAS PLACED IN U.S. POSTAL SERVICES, NUECES COURTHOUSE 901 LEOPARD ST RM #206 CC. TX DISTRICT ATTORNEYS OFFICE

MICHAEL BUNORA
MICHAEL UNIT HOSPICE #13
2664 FM 2054
TENNESSE COLONY TX 75886
EXECUTED THIS 2/24/15